AMRANE COHEN, Chapter 13 Trustee
Orange City Square
770 The City Drive South, Suite 3300
Orange, California 92868
Tel:(714)621-0200, Fax:(714)621-0277

FILED
MAY 1 5 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In Re
GARY LEROY BOYNE, JR

8343 SAN CLEMENTE WAY

BUENA PARK, CA 90620
            Debtor(s)

Bk. No. SA 07-10123-RK

**DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT**

On April 5, 2007, this office served upon the interested parties "Notice of Filing of Trustee's Final Report and Account." This office has not received any objection(s) to the Trustee's Final Report and Account within the time period permitted by Rule 5009, or at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2007 at Orange, California.

Dated: May 14, 2007

_Adriana Pathe_
Signature

(Trustee Form#519 Rev-05/18/04)